Bradley S. Copeland, OSB # 871964
Arnold Gallagher PC
800 Willamette Street, Suite 800
Eugene, Oregon 97401-2296
541-484-0188 Telephone
541-484-0536 Fax
Email: bcopeland@arnoldgallagher.com

Jeffrey A. Peterson, MNB #0387556 (Admitted *Pro Hac Vice*)
Lathrop GPM LLP
1010 West Saint Germain, Suite 500
St. Cloud, MN 56301
302-202-5339 Telephone
302-257-5724 Fax
Email: Jeffrey.peterson@lathropqpm.com
Of Attorneys for Creditor PSB Credit Services, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>MARK E. DELONG,<br><br>      Debtor. | Case No. 22-30011-dwh12<br><br>**CREDITOR PSB CREDIT SERVICES, INC.'S EXPERT WITNESS DISCLOSURE**<br><br>Hearing<br>Date: June 14, 2022<br>Time: 1:30 p.m.<br>Place: United States Bankruptcy Court<br>   1050 W 6th Avenue #700<br>   Portland, OR 97204<br>   **(Video Hearing)**<br>Judge: Honorable David W. Hercher |

   Pursuant to Rule 9013-1(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Oregon, Creditor PSB Credit Services, Inc., hereby identifies the following expert witnesses who may be called to offer testimony at the hearing on the *Debtor's Chapter 12 Plan Dated 04/29/22* [Docket No. 51]:

1 –CREDITOR PSB CREDIT SERVICES, INC.'S EXPERT WITNESS DISCLOSURE

ARNOLD GALLAGHER P.C.
800 Willamette St., Suite 800
Eugene, Oregon 97401
Telephone: 541.484.0188
Fax 541.484.0536

Case 22-30011-dwh12    Doc 63    Filed 06/01/22

1. Benjamin B. Ward, ARA
    Agri-Access Appraisal Manager
    Certified General Appraiser
    Oregon License #C000987
    Agri-Access
    1087 W. River Street, Suite 100
    Boise, ID 83702
    208-387-7994

2. Matt McKinlay, CMA, CTP
    General Manager/Partner
    Amplēo
    3300 N. Triumph Boulevard, Suite 100
    Lehi, UT 84043
    208-724-2257

3. Kevin Mulder
    Vice President
    PSB Credit Services, Inc.
    508 Third Street
    PO Box 38
    Prinsburg, MN 56281
    320-978-6351

Dated this 1st day of June, 2022.

Respectfully submitted,

*/s/ Bradley S. Copeland*
Bradley S. Copeland, OSB No. 871964
Of Attorneys for Creditor PSB Credit Services, Inc.

2 –CREDITOR PSB CREDIT SERVICES, INC.'S EXPERT WITNESS DISCLOSURE

ARNOLD GALLAGHER P.C.
800 Willamette St., Suite 800
Eugene, Oregon 97401
Telephone: 541.484.0188
Fax 541.484.0536

Case 22-30011-dwh12    Doc 63    Filed 06/01/22

# CERTIFICATE OF SERVICE

I certify that on **June 1, 2022**, I served or caused to be served a true and complete copy of **CREDITOR PSB CREDIT SERVICES, INC.'S EXPERT WITNESS DISCLOSURE** to the parties listed below as follows:

**Via CM/ECF electronic transmission:**

JESSE A BAKER on behalf of Creditor JPMorgan Chase Bank, N.A.
ecforb@aldridgepite.com, JPB@ecf.inforuptcy.com;jbaker@aldridgepite.com

Virginia Andrews Burdette
vab@andrewsburdette.com, ta@andrewsburdette.com;vbch12tr@seanet.com

NICHOLAS J HENDERSON on behalf of Debtor Mark E. Delong nhenderson@portlaw.com, tcoble@portlaw.com;tsexton@portlaw.com;shalstead@portlaw.com;hendersonnr86571@notify.bestcase.com

SHEILA R. SCHWAGER on behalf of Creditor Producers Livestock Marketing Association
sschwager@hawleytroxell.com, thummel@hawleytroxell.com

TROY SEXTON on behalf of Debtor Mark E. Delong tsexton@portlaw.com, nhenderson@portlaw.com,troy-sexton-4772@ecf.pacerpro.com,tcoble@portlaw.com,courtnotices@portlaw.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

**Via first class, regular mail**:

None.

        ARNOLD GALLAGHER P.C.

         */s/ Bradley S. Copeland*
        Bradley S. Copeland, OSB No. 871964
        Of Attorneys for Creditor PSB Credit Services, Inc.

3 –CREDITOR PSB CREDIT SERVICES, INC.'S EXPERT WITNESS DISCLOSURE

ARNOLD GALLAGHER P.C.
800 Willamette St., Suite 800
Eugene, Oregon 97401
Telephone: 541.484.0188
Fax 541.484.0536

Case 22-30011-dwh12    Doc 63    Filed 06/01/22