DISTRICT OF OREGON
**F I L E D**
June 09, 2022
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>MARK E. DELONG,<br><br>Debtor. | Case No. 22-30011-dwh12<br><br>ORDER CONTINUING CONFIRMATION HEARING |

THIS MATTER having come before the Court on Debtor's Motion for Continuance of Confirmation Hearing [ECF No. 64] (the "*Motion*"); the Court having considered the arguments of counsel and all relevant pleadings and documents of record in this case, and the representation of counsel at the time of hearing; now, therefore,

IT IS HEREBY ORDERED as follows:

a) The Motion is GRANTED;

b) The confirmation hearing shall be continued to August 11, 2022, at 1:30 p.m.

###

Page 1 of 2   ORDER GRANTING MOTION TO CONTINUE CONFIRMATION HEARING

{00528128:1}

MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 22-30011-dwh12    Doc 67    Filed 06/09/22

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
nhenderson@portlaw.com
117 SW Taylor St., Suite 300
Portland, OR 97204
(503) 417-0508 Direct
(503) 417-0528 Facsimile
nhenderson@portlaw.com

*Attorneys for Debtor Mark E. Delong*

PARTIES TO SERVE:

| **VIA CM/ECF:** | **VIA FIRST-CLASS MAIL:** |
|---|---|
| All CM/ECF participants. | All parties listed on the most current mailing matrix maintained by the Court. |

Page 2 of 2  ORDER GRANTING MOTION TO CONTINUE CONFIRMATION HEARING

{00528128:1}

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 22-30011-dwh12    Doc 67    Filed 06/09/22