| NOHITST (8/25/17) smj | UNITED STATES BANKRUPTCY COURT<br>District of Oregon | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |
|---|---|---|
| In re<br>**Mark E. Delong**<br>Debtor(s) | ) Case No. **22–30011–dwh12**<br>)<br>) NOTICE OF<br>) TELEPHONE HEARING<br>) | November 21, 2022<br>Clerk, U.S. Bankruptcy Court<br>BY **smj** DEPUTY |

**NOTICE IS GIVEN THAT:**

1. A **TELEPHONE HEARING,** at which testimony will not be received, **WILL BE HELD** as follows:

    **DATE:** 12/13/22     **TIME:** 10:00 AM     **RE:** STATUS CONFERENCE

    **Call in Number: (888) 684–8852    Access Code: 5870400**

    **At the hearing, debtor should be prepared to address the absence of a filed proof of mailing of the confirmation order to all creditors, as required by FRBP 2002(f)(7) and the direction in ECF No. 118 to debtor's lawyer. If the proof of mailing is filed before the hearing, the court will cancel the hearing.**

2. Each participant must also comply with each hearing requirement listed below. [Note: If you have problems connecting, call the court at (503) 326–1500 or (541) 431–4000.]

    YOU ARE FURTHER NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684–3763 or toll–free in Oregon at (800) 452–7636.

## TELEPHONE HEARING REQUIREMENTS

Participants **MUST COMPLY WITH EACH REQUIREMENT** listed below:

a. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than the hearing time above. The court will not call you.

b. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

c. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

d. When it is time for you to speak, take your phone off the "speaker" option to minimize background noise. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

e. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

f. Whenever speaking, first identify yourself.

g. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court