# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

| IN RE: | CASE NO: 22-30011-dwh12 |
|---|---|
| Mark E. Delong | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 12<br>ECF Docket Reference No. 126 |

On 12/15/2022, I did cause a copy of the following documents, described below,

First Amended Order Confirming Chapter 12 Plan and Resolving Objections ECF Docket Reference No. 126

nhenderson@portlaw.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/15/2022

/s/ NICHOLAS J HENDERSON
NICHOLAS J HENDERSON  074027
Attorney for Debtor
MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Ste 300
Portland, OR  97204
503 417 0500
nhenderson@portlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

IN RE:

Mark E. Delong

CASE NO: 22-30011-dwh12

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 12
ECF Docket Reference No. 126

On 12/15/2022, a copy of the following documents, described below,

First Amended Order Confirming Chapter 12 Plan and Resolving Objections ECF Docket Reference No. 126

nhenderson@portlaw.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/15/2022



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
NICHOLAS J HENDERSON
MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor Street, Ste 300
Portland, OR  97204

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| AB LIVESTOCK, LLC<br>1555 SHORELINE DRIVE<br>SUITE 320<br>BOISE, ID 83702-9109 | ARNOLD GALLAGHER, PC<br>C/O BRADLEY S. COPELAND<br>800 WILLAMETTE STREET, SUITE 800<br>EUGENE, OR 97401-2996 | BAIR & SONS<br>2048 6TH AVE W<br>VALE, OR 97918-5022 |
| CAPITAL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY, CA 91716-0599 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | DARIN AND CATHY HILL<br>4481 SOUTH ROAD 'E'<br>VALE, OR 97918-5084 |
| DISCOVER<br>PO BOX 51908<br>LOS ANGELES, CA 90051-6208 | FARMERS SUPPLY CO-OP<br>514 SW 4TH AVE.<br>ONTARIO, OR 97914-2690 | IRS<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| IDAHO POWER<br>PO BOX 70<br>BOISE ID 83707-0070 | IDAHO POWER<br>PROCESSING DEPT.<br>PO BOX 5381<br>CAROL STREAM, IL 60197-5381 | MALHEUR COUNTY PROPERTY TAX<br>251 B ST SUITE 14<br>VALE, OR 97918-1375 |
| MALHEUR COUNTY TAX COLLECTOR<br>251 B STREET WEST ROOM #10<br>VALE, OR 97918-1375 | ODR BKCY<br>955 CENTER NE, #353<br>SALEM, OR 97301-2555 | PSB CREDIT SERVICES, INC.<br>508 THIRD STREET<br>PRINSBURG, MN 56281-3700 |
| PATTIE BAKER<br>2090 7TH AVE<br>VALE, OR 97918-5028 | PRINZ BANK - PSB CREDIT SERVICES<br>PO BOX 38<br>PRINSBURG, MN 56281-0038 | PRODUCERS LIVESTOCK MARKETING ASSOC<br>PO BOX 540477<br>NORTH SALT LAKE, UT 84054-0477 |
| PRODUCERS LIVESTOCK MARKETING ASSOCIATION<br>C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701-1617 | SIMPLOT LIVESTOCK COMPANY<br>1301 HWY 67<br>GRAND VIEW, ID 83624-5062 | SMALL BUSINESS ADMINISTRATION<br>2401 4TH AVE. #450<br>SEATTLE, WA 98121-3459 |
| U.S. SMALL BUSINESS ADMINISTRATION<br>2401 4TH AVE, SUITE 450<br>SEATTLE, WA 98121-3459 | US TRUSTEE, PORTLAND<br>1220 SW 3RD AVE., RM. 315<br>PORTLAND, OR 97204-2829 | MARK E. DELONG<br>2090 7TH AVE. W.<br>VALE, OR 97918-5028 |
| VIRGINIA ANDREWS BURDETTE<br>VIRGINIA ANDREWS BURDETTE, TRUSTEE<br>P.O. BOX 16600<br>SEATTLE, WA 98116-0600 | | |