| 10/27/2023 | | | Judge David W Hercher |
|---|---|---|---|
| 09:00 22-30011-dwh12 | Mark E. Delong - db | | NICHOLAS J HENDERSON |
| | PSB Credit Services Inc -cr | | BRADLEY COPELAND |
| | Virginia Andrews Burdette -tr | | |

**Matter: Motion to Dismiss Case and Supporting Document(s). Reason: Failure to Make Plan Payments Filed by Trustee Virginia Andrews Burdette Doc# 133**

Summary of Proceedings

Per Ms. Burdette, debtor lost the real property in May 2023, and she expected an amended plan or motion to dismiss to be filed. She asked that debtor file amended schedules, an amended plan, and an amended budget within 14 days.

Mr. Henderson had no objection to the deadline. Amended documents will be due 14 days from today or the motion to dismiss will be granted.

Mr. Copeland requested a stipulation for a relief from stay to pursue non-judicial foreclosure. Mr. Henderson will discuss that with debtor and Mr. Copeland.

Order to be prepared by: _____ Clerk's Office    _____ Chambers    Other:

Minute Order: